IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KATHLEEN BAKER FISHER                                                                     Plaintiff

vs.                                             3:01-CV-150 JMM

BURLINGTON NORTHERN SANTA FE
RAILROAD COMPANY                                                                         Defendant

ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for  30  days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot.

Dated this  20TH  day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE